IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case Nos.   CV-06-171-S-BLW |
| Plaintiff-Respondent, | ) | CR-05-82-S-BLW |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| JOSE ESQUIVEL-RIVERA, | ) | |
| | ) | |
| Defendant-Petitioner, | ) | |
| | ) | |

Based upon the Court's Order filed herewith, IT IS HEREBY ORDERED AND ADJUDGED that the Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence (Docket No. 1 in CV-06-171-S-BLW and Docket No. 32 in CR-05-82-S-BLW) filed by JOSE ESQUIVEL-RIVERA is GRANTED.

DATED:  **November 17, 2006**

Honorable B. Lynn Winmill
Chief U. S. District Judge

**Judgment - 1**